IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as trustee Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-through Certificates, Series 2006-HE8 | CASE NUMBER: 1:10-cv-05990 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Charles R. Norgle, Sr. |
| Michael F. Batastini, Department of Treasury - Internal Revenue Service, State of Illinois - Division of Revenue, Village of Palos Park, Illinois, | MAGISTRATE JUDGE: Hon. Jeffrey T. Gilbert |
| DEFENDANT(S). | |

## MOTION TO DISMISS CASE

Plaintiff, Deutsche Bank National Trust Company, by counsel, James N. Pappas of Burke, Costanza, & Carberry LLP, files the following Motion to Dismiss the Case without Prejudice, and states:

1. On September 21, 2010, Plaintiff filed its Complaint for Foreclosure

2. On December 17, 2010 the mortgage was Reinstated.

WHEREFORE, counsel for Plaintiff, Deutsche Bank National Trust Company, respectfully requests that the Case be dismissed without prejudice, and for all other relief just and proper.

Respectfully submitted,

BURKE COSTANZA & CARBERRY LLP

By: /s/ James N. Pappas
James N. Pappas, #6291873
222 South Riverside Plaza, Ste. 2943
Chicago, IL 60606
Phone: (219) 769-1313